UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSE MARIANO VARELA-ITZMOYOTL, et al., | 17cv07620 (VSB) (DF) |
| Plaintiffs, | **SCHEDULING ORDER** |
| -against- | |
| MOHINDER SINGH, SUKHJINDER SINGH, | |
| Defendants. | |

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-captioned case having been referred to this Court to assist the parties with settlement, it is hereby ORDERED as follows:

1. The Court will hold a telephone conference in this case on November 5, 2020 at 10:00 a.m. The parties are directed to call the following Toll-Free Number: 877-411-9748 and use Access Code: 9612281.

2. The Clerk of Court is directed to mail a copy of this Order to Defendants at the address shown below.

Dated: New York, New York
       October 21, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

2

Copies to:

Plaintiff's counsel (via ECF)

Mohinder Singh
c/o 94 Corner Café
2518 Broadway
New York, NY 10025

Sukhjinder Singh
c/o 94 Corner Café
2518 Broadway
New York, NY 10025